UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAM SMITH, )<br>)<br>Petitioner, )<br>v. )<br>)<br>DUANE MacEACHERN, )<br>Superintendent, )<br>)<br>Respondent. ) | CIVIL ACTION<br>NO. 09-10434-NMG |

REPORT AND RECOMMENDATION ON
PETITIONER'S SECOND MOTION TO STAY

February 17, 2017

DEIN, U.S.M.J.

## I. INTRODUCTION

The petitioner, Sam Smith, is currently serving a life sentence for first degree premeditated murder in the 1991 shooting death of Steven Gaul. See Commonwealth v. Smith, 450 Mass. 395, 396, 879 N.E.2d 87, 90 (2008). The matter is presently before the court on Petitioner's Second Motion to Stay (Docket No. 143) pursuant to which Smith is seeking a stay of this habeas proceeding to pursue a claim in state court that the prosecutor failed to disclose Brady[1] material, namely information about an allegedly pending joint federal and state investigation involving two percipient witnesses. Included in the motion to stay is also a request for leave to amend his habeas petition to include the Brady claim.

---

[1] Brady v. Maryland, 373 U.S. 83, 87, 83 S. Ct. 1194, 1196-97, 10 L. Ed. 2d 215 (1963).

*After consideration of petitioner's objections thereto (Docket Nos. 171 and 172), Report and Recommendation accepted and adopted.*

*NMGorton, USDJ 3/27/17*